IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-118 |
| ANTHONY LAW | |

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Nicole Ann Stockey, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant ANTHONY LAW, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with Title 21, United States Code, Sections 841 (a)(1), 841 (b)(1)(B)(ii). Recommended bond: Detention.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By: /s/ Katherine C. Jordan
KATHERINE C. JORDAN
Assistant U.S. Attorney
PA ID No. 201135

FILED
MAR 23 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA